JODI H. LINKER
Federal Public Defender
Northern District of California
JESSICA YU
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:        Jessica_Yu@fd.org


Counsel for Defendant PRADO PALACIO


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES PRADO PALACIO,<br><br>Defendant. | **Case No.:** CR 26-70818 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING AND EXCLUDE TIME UNDER RULE 5.1 AND THE SPEEDY TRIAL ACT** |

Defendant James Prado Palacio and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the detention hearing set for June 24, 2026 at 1:00 p.m. may be continued to June 26, 2026 at 1:00 p.m. The reasons for the requested continuance are that New Bridge Foundation needs additional time to conduct an in-custody assessment, and the defense needs additional time to conduct investigation that will bear on the detention hearing.

The parties additionally stipulate and agree that time shall be excluded from June 24, 2026 to June 26, 2026, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) as the government's motion for detention remains pending.

STIP AND PO TO CONTINUE DETENTION HEARING
*PRADO PALACIO*, CR 26-70818 MAG

The parties additionally stipulate and agree that there is good cause to exclude time from June 24, 2026 to June 26, 2026, from the period of time within which to conduct a preliminary hearing or charge by Indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated: June 23, 2026

JODI LINKER
Federal Public Defender
Northern District of California

_____/s/_____
JESSICA YU
Assistant Federal Public Defender

Dated: June 23, 2026

CRAIG MISSAKIAN
United States Attorney
Northern District of California

_____/s/_____
JEFFREY NEDROW
Assistant United States Attorney

STIP AND PO TO CONTINUE DETENTION HEARING
*PRADO PALACIO*, CR 25-70758 MAG

2

### [PROPOSED] ORDER

Upon agreement and stipulation of the defendant James Prado Palacio and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant James Prado Palacio's detention hearing be continued to June 26, 2026 at 1:00 p.m.

Based on the stipulations of the parties above, and for good cause shown, it is further ORDERED that time be excluded under 18 U.S.C. § 3161(h)(1)(D), and specifically, that it be excluded from June 24, 2026 to June 26, 2026 and that the time from June 24, 2026 to June 26, 2026 be excluded from the period of time within which to conduct a preliminary hearing or charge by Indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED:   June 23, 2026

_____
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIP AND PO TO CONTINUE DETENTION HEARING
*PRADO PALACIO*, CR 25-70758 MAG

3