CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

     60 South Market Street, Suite 1200
     San Jose, California 95113
     Telephone: (408) 535-5045
     FAX: (408) 535-5066
     Jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 26-00316-BLF (VKD) |
| Plaintiff, | ) ) | |
| v. | ) ) ) | STIPULATION TO SEAL ECF NOS. 12-1 AND 12-12 (EXHIBITS TO GOVERNMENT'S DETENTION MOTION); [~~PROPOSED~~] ORDER |
| JAMES PRADO PALACIO, | ) ) | |
| Defendant. | ) ) ) ) | |

On June 25, 2026, the government filed a detention motion in this case.  ECF No. 12.  The detention motion included two attachments, identified as Exhibits 12-1 and 12-2, that contained personal information regarding the Defendant.  The parties agree that it is appropriate to seal Exhibit 12-1 and Exhibit 12-2 in order to protect certain personal information in these documents from being available in the federal public docket.  Redacted versions of these exhibits have been re-filed by the government at ECF No. 14 and ECF No. 14-1.

Accordingly, for the above-stated reasons, the parties respectfully request that the Court enter an order sealing Exhibits 12-1 and 12-2.

STIPULATION TO SEAL ECF Nos. 12-1 and 12.2; [~~PROPOSED~~] ORDER               1

IT IS SO STIPULATED.

DATED: June 26, 2026

/s/ Jeff Nedrow
JEFFREY D. NEDROW
Assistant United States Attorney

/s/ (per authorization)
JESSICA YU
Counsel for Defendant James Prado Palacio

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that ECF Nos. 12-1 and 12-2, the exhibits submitted by the government in support of ECF No. 12, shall be ~~ordered~~ sealed, in light of the public filing of redacted versions of those exhibits at ECF Nos. 14 and 14-1.

IT IS SO ORDERED.

DATED: ___June 26, 2026_____

HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge